RAFTER, Respondent, *v.* FOULTS *et al.*, Appellants.

*(Supreme Court, General Term, Fourth Department.   July 1, 1890.)*

Judgment modified, and, as modified, affirmed, without costs to either party to this appeal.

---

LESTER *v.* CITY OF OSWEGO.

*(Supreme Court, General Term, Fourth Department.   July 1, 1890.)*

No opinion.   Judgment ordered for defendant, with taxable disbursements.

---

HUGGER, Respondent, *v.* NEW YORK CENT. & H. R. R. Co., Appellant.

*(Supreme Court, General Term, Fourth Department.   July 1, 1890.)*

No opinion.   Judgment and order affirmed, with costs.

---

MALLORY, Respondent, *v.* SCHERMERHORN, Appellant.

*(Supreme Court, General Term, Fourth Department.   July 1, 1890.)*

No opinion.   Judgment reversed, and a new trial ordered before another referee, costs to abide event.

---

SHERFF, Respondent, *v.* NEW YORK CENT. & H. R. R. Co., Appellant.

*(Supreme Court, General Term, Fourth Department.   July 1, 1890.)*

No opinion.   Judgment and order affirmed, with costs.

---

STILSON *v.* HAGADORN.

*(Supreme Court, General Term, Fourth Department.   July 1, 1890.)*

No opinion.   Judgment affirmed, with costs.